STATE OF NEW JERSEY v. EMORY JOHNSON.

September 18, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT HOLMES.

September 18, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. ALBERT L. THOMAS.

September 18, 1973. Petition for certification denied.

ALAN B. LANDIS v. SAUL I. BIRNBAUM.

September 18, 1973. Petition for certification denied.

DOROTHY ANSLINGER v. CARTER WALLACE.

September 18, 1973. Petition for certification denied. (See 124 *N. J. Super.* 184)

STATE OF NEW JERSEY v. PERFECTO BROWN.

September 18, 1973. Petition for certification denied.